STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2000

at 4 o'clock and 5 min. P M
WALTER A. Y. H. CHINN, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00262 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. §§ 2318, |
| | ) | 2319(b)(1), 2320] |
| MANSON WOO,      (01) | ) | |
| YAN XIA XU,      (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

INDICTMENT

Count 1

        The Grand Jury charges:

        From on or about January 1, 2000 and continuing until

on or about June 8, 2000, in the District of Hawaii and

elsewhere, the Defendants, MANSON WOO and YAN XIA XU, did

willfully and for purposes of commercial advantage and private

financial gain, infringe the copyright of various Chinese

language audiovisual works distributed by Tai Seng Video

Marketing, Inc., at least ten copies of which the Defendant did

reproduce and distribute within a 180-day period with a retail

value of more than $2,500 without authorization of the copyright
holder.

All in violation of Title 17, United States Code,
Section 506(a) and Title 18, United States Code, Section
2319(b)(1).

### Count 2

The Grand Jury further charges:

From an unknown date, but at least as early as
January 1, 2000 and continuing until on or about June 8, 2000, in
the District of Hawaii and elsewhere, the Defendants, MANSON WOO
and YAN XIA XU,  did intentionally traffic in goods, to wit
unauthorized copies of Chinese language audiovisual works
distributed by Tai Seng Video Marketing, Inc. in connection with
which counterfeit marks were used that were identical to and
substantially indistinguishable from genuine marks in use and
registered for Tai Seng Video Marketing, Inc. audiovisual works
on the principal register of the United States Patent and
Trademark Office and the use of which counterfeit marks was
likely to cause confusion, to cause mistake and to deceive.

All in violation of Title 18, United States Code,
Section 2320.

### Count 3

The Grand Jury further charges:

From an unknown date, but at least as early as
January 1, 2000 and continuing until on or about June 8, 2000, in
the District of Hawaii and elsewhere, the Defendants, MANSON WOO

2

and YAN XIA XU, knowingly trafficked in a counterfeit label

affixed and designed to be affixed to a copyrighted audiovisual

work.

All in violation of Title 18, United States Code,

Section 2318.

DATED:   _June 22_____, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

USA vs. MANSON WOO, ET AL.
Cr. No.
"Indictment"

3